

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00703-CV

**IN THE INTEREST OF K.S.L.**, a Child

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-PA-00133
Honorable Gloria Saldaña, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE BARNARD

    In accordance with this court's opinion of this date, appellant's motion to dismiss appeal is GRANTED, and this appeal is DISMISSED. Costs of the appeal are taxed against appellant.

    SIGNED December 16, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice